United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10800-pmm
Jeffrey C. Crosson, Sr.                                                   Chapter 13
Christine M. Crosson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: JEGilmore          Page 1 of 2          Date Rcvd: Apr 14, 2020
                              Form ID: pdf900          Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2020.
db/jdb          +Jeffrey C. Crosson, Sr.,   Christine M. Crosson,   1736 Franklin St.,
                 Hellertown, PA 18055-1006
aty             +JANET M. SPEARS,   Aldridge Pite, LLP,   4375 Jutland Drive, Suite 200,   PO Box 17933,
                 San Diego, CA 92177-7921
smg             +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg              City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg             +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg             +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr              +BANK OF AMERICA, N.A.,   P.O. Box 31785,   TAMPA, FL 33631-3785
cr              +Credit Acceptance Corporation,   25505 West 12 Mile Road,   Suite 3000,
                 Southfield, MI 48034-8331
cr              +SELECT PORTFOLIO SERVICING, INC.,   3815 South West Temple,   Salt Lake City, UT 84115-4412
cr              +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,   1451 Thomas Langston Rd,
                 Winterville, NC 28590-8872

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 15 2020 04:39:59
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 15 2020 04:40:17      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/Text: ebnnotifications@creditacceptance.com Apr 15 2020 04:39:43
                 Credit Acceptance Corporation,   25505 West 12 Mile Road,   Suite 3000,
                 Southfield, MI 48034-8331
cr              +E-mail/PDF: gecsedi@recoverycorp.com Apr 15 2020 04:41:46      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                           TOTAL: 4

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2020 at the address(es) listed below:
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          GEORGE M. LUTZ   on behalf of Joint Debtor Christine M. Crosson glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          GEORGE M. LUTZ   on behalf of Debtor Jeffrey C. Crosson, Sr. glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          JEROME B. BLANK   on behalf of Creditor   The Bank of New York Mellon Trust Company, National
           Association paeb@fedphe.com
          KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank Trust National Association, as Trustee for
           Towd Point Master Funding Trust 2018-PM28 bkgroup@kmllawgroup.com
          MARIO J. HANYON   on behalf of Creditor   The Bank Of New York Mellon et al paeb@fedphe.com
          ROBERT J. DAVIDOW   on behalf of Creditor   The Bank Of New York Mellon et al
           robert.davidow@phelanhallinan.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
          THOMAS YOUNG.HAE SONG   on behalf of Creditor   The Bank Of New York Mellon et al paeb@fedphe.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-4          User: JEGilmore          Page 2 of 2              Date Rcvd: Apr 14, 2020
                              Form ID: pdf900          Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
       WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
       ECF_FRPA@Trustee13.com
       WILLIAM EDWARD CRAIG   on behalf of Creditor    Credit Acceptance Corporation
       ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
       WILLIAM EDWARD CRAIG   on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
       Services ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                 TOTAL: 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE: JEFFREY C. CROSSON, SR. | ) | |
| CHRISTINE M. CROSSON | ) | CHAPTER 13 |
| **Debtor(s)** | ) | |
| | ) | CASE NO. 18-10800-PMM |
| CREDIT ACCEPTANCE CORPORATION | ) | |
| **Moving Party** | ) | 11 U.S.C. 362 |
| | ) | |
| v. | ) | HEARING DATE: **4-14-20 at 10:00 AM** |
| | ) | |
| JEFFREY C. CROSSON, SR. | ) | |
| CHRISTINE M. CROSSON | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| SCOTT F. WATERMAN | ) | |
| **Trustee** | | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the Motion of Credit Acceptance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2013 Kia Soul** bearing vehicle identification number KNDJT2A53D7623921 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:  **April 14, 2020**

_Patricia M. Mayer_
_____
UNITED STATES BANKRUPTCY JUDGE