### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jeffrey C. Crosson Sr.<br>　　　　Christine M. Crosson<br>　　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2018-PM28<br>　　　　　　　　　　　Movant<br>　　vs.<br>Jeffrey C. Crosson Sr.<br>Christine M. Crosson<br>　　　　　　　　　　　Debtor(s)<br><br>Scott Waterman<br>　　　　　　　　　　　Trustee | NO. 18-10800 PMM<br><br><br>11 U.S.C. Sections 362 and 1301 |

## **ORDER**

AND NOW, upon consideration of Movant's Motion to Approve Loan Modification, and no objection having been filed thereto and for good cause shown, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement effective as of March 1, 2020 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

*Patricia M. Mayer*
United States Bankruptcy Judge.

**Date: August 6, 2020**