United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                         Case No. 18-10800-pmm
Jeffrey C. Crosson, Sr.                                        Chapter 13
Christine M. Crosson
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: JEGilmore              Page 1 of 2           Date Rcvd: Aug 06, 2020
                              Form ID: pdf900              Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2020.
```
db/jdb         +Jeffrey C. Crosson, Sr.,    Christine M. Crosson,    1736 Franklin St.,
                 Hellertown, PA 18055-1006
aty            +JANET M. SPEARS,    Aldridge Pite, LLP,    4375 Jutland Drive, Suite 200,    PO Box 17933,
                 San Diego, CA 92177-7921
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +BANK OF AMERICA, N.A.,    P.O. Box 31785,    TAMPA, FL 33631-3785
cr             +SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
cr             +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Rd,
                 Winterville, NC 28590-8872
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 07 2020 03:58:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 07 2020 03:58:49     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: ebnnotifications@creditacceptance.com Aug 07 2020 03:58:25
                 Credit Acceptance Corporation,    25505 West 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2020 03:54:15      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 4
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2020 at the address(es) listed below:
```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              GEORGE M. LUTZ    on behalf of Joint Debtor Christine M. Crosson glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              GEORGE M. LUTZ    on behalf of Debtor Jeffrey C. Crosson, Sr. glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               Towd Point Master Funding Trust 2018-PM28 bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               Towd Point Master Funding Trust 2018-PM28 bkgroup@kmllawgroup.com
              ROBERT J. DAVIDOW    on behalf of Creditor    The Bank Of New York Mellon et al
               robert.davidow@phelanhallinan.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Mellon et al paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-4          User: JEGilmore              Page 2 of 2                  Date Rcvd: Aug 06, 2020
                              Form ID: pdf900              Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                                                                    TOTAL: 14

Case 18-10800-pmm    Doc 48    Filed 08/08/20    Entered 08/09/20 00:36:46    Desc Imaged
Certificate of Notice    Page 2 of 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jeffrey C. Crosson Sr.<br>Christine M. Crosson<br>               Debtor(s) | CHAPTER 13 |
| U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2018-PM28<br>               Movant<br>    vs. | NO. 18-10800 PMM |
| Jeffrey C. Crosson Sr.<br>Christine M. Crosson<br>               Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| Scott Waterman<br>               Trustee | |

## ORDER

AND NOW, upon consideration of Movant's Motion to Approve Loan Modification, and no objection having been filed thereto and for good cause shown, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement effective as of March 1, 2020 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

*Patricia M. Mayer*

**Date: August 6, 2020**
                                                         United States Bankruptcy Judge.