| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-10800-PMM

JEFFREY C  CROSSON SR
CHRISTINE M  CROSSON
1736 FRANKLIN ST
HELLERTOWN  PA    18055

Petition Filed Date: 02/06/2018
341 Hearing Date: 04/10/2018
Confirmation Date: 09/20/2018

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $130.00 | | 02/01/2019 | $130.00 | | 03/05/2019 | $130.00 | |
| 04/01/2019 | $130.00 | | 04/29/2019 | $130.00 | | 06/03/2019 | $130.00 | |
| 07/08/2019 | $130.00 | | 08/01/2019 | $130.00 | | 09/09/2019 | $130.00 | Automatic Payr |
| 10/07/2019 | $130.00 | | 11/06/2019 | $130.00 | | 12/09/2019 | $130.00 | |
| 01/07/2020 | $130.00 | | 02/06/2020 | $130.00 | | 03/09/2020 | $130.00 | |
| 04/06/2020 | $130.00 | | 05/07/2020 | $130.00 | | 06/11/2020 | $130.00 | |
| 07/07/2020 | $130.00 | | 08/06/2020 | $130.00 | | | | |

**Total Receipts for the Period:  $2,600.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,750.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 20 | AMERICAN INFOSOURCE LP<br>»»  020 | Unsecured Creditors | $819.49 | $0.00 | $819.49 |
| 21 | BECKET & LEE, LLP<br>»»  021 | Unsecured Creditors | $1,495.59 | $0.00 | $1,495.59 |
| 1 | CREDIT ACCEPTANCE CORP<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | CW NEXUS CREDIT CARD HOLDINGS LLC<br>»»  025 | Unsecured Creditors | $939.40 | $0.00 | $939.40 |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  015 | Unsecured Creditors | $760.40 | $0.00 | $760.40 |
| 16 | JEFFERSON CAPITAL SYSTEMS LLC<br>»»  016 | Unsecured Creditors | $860.11 | $0.00 | $860.11 |
| 23 | LVNV FUNDING LLC<br>»»  023 | Unsecured Creditors | $1,492.69 | $0.00 | $1,492.69 |
| 24 | LVNV FUNDING LLC<br>»»  024 | Unsecured Creditors | $675.75 | $0.00 | $675.75 |
| 26 | LVNV FUNDING LLC<br>»»  026 | Unsecured Creditors | $1,490.93 | $0.00 | $1,490.93 |
| 22 | MERRICK BANK<br>»»  022 | Unsecured Creditors | $2,043.27 | $0.00 | $2,043.27 |
| 10 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  010 | Unsecured Creditors | $1,373.88 | $0.00 | $1,373.88 |
| 13 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  013 | Unsecured Creditors | $3,039.99 | $0.00 | $3,039.99 |
| 14 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  014 | Unsecured Creditors | $3,477.11 | $0.00 | $3,477.11 |

**Chapter 13 Case No. 18-10800-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 2 | MOMA FUNDING LLC<br>»» 002 | Unsecured Creditors | $1,201.88 | $0.00 | $1,201.88 |
| 3 | MOMA FUNDING LLC<br>»» 003 | Unsecured Creditors | $1,190.08 | $0.00 | $1,190.08 |
| 4 | MOMA FUNDING LLC<br>»» 004 | Unsecured Creditors | $239.79 | $0.00 | $239.79 |
| 5 | MOMA FUNDING LLC<br>»» 005 | Unsecured Creditors | $366.53 | $0.00 | $366.53 |
| 6 | MOMA FUNDING LLC<br>»» 006 | Unsecured Creditors | $871.19 | $0.00 | $871.19 |
| 7 | MOMA FUNDING LLC<br>»» 007 | Unsecured Creditors | $3,705.96 | $0.00 | $3,705.96 |
| 8 | MOMA FUNDING LLC<br>»» 008 | Unsecured Creditors | $465.10 | $0.00 | $465.10 |
| 19 | MOMA FUNDING LLC<br>»» 019 | Unsecured Creditors | $2,996.59 | $0.00 | $2,996.59 |
| 18 | OCWEN LOAN SERVICING, LLC<br>»» 018 | Mortgage Arrears | $350.95 | $350.95 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $5,373.95 | $0.00 | $5,373.95 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $728.17 | $0.00 | $728.17 |
| 17 | SELECT PORTFOLIO SERVICING INC<br>»» 017 | Mortgage Arrears | $92.99 | $92.99 | $0.00 |
| 27 | TD BANK USA NA<br>»» 027 | Unsecured Creditors | $2,305.20 | $0.00 | $2,305.20 |
| 28 | TD BANK USA NA<br>»» 028 | Unsecured Creditors | $2,032.60 | $0.00 | $2,032.60 |
| 9 | WELLS FARGO DEALER SERVICES<br>»» 09S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | WELLS FARGO DEALER SERVICES<br>»» 09U | Unsecured Creditors | $1,169.81 | $0.00 | $1,169.81 |
| 29 | HARTMAN, VALERIANO, MAGOVERN & LUTZ PC<br>»» 029 | Attorney Fees | $2,850.67 | $2,850.67 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $3,750.00 | | Current Monthly Payment: | $130.00 |
| Paid to Claims: | $3,294.61 | | Arrearages: | $0.00 |
| Paid to Trustee: | $325.70 | | Total Plan Base: | $4,530.00 |
| Funds on Hand: | $129.69 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.