UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Reading)

| | | | |
|---|---|---|---|
| IN RE: | JEFFREY C CROSSON SR<br>CHRISTINE M CROSSON | CASE NO: | 18-10800 |
| | | CHAPTER: | 13 |

    Debtor (s)

## NOTICE OF CLAIM SATISFACTION

As to Claim 9 filed on 03/08/2018, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its claim was satisfied and the Debtor(s) has no further liability as to this claim. Wells Fargo requests no further disbursements be made on this claim by the Chapter 13 Trustee, debtor, or any third party.

04/06/2021                                    /s/Donna J Bussert
                                                             Bankruptcy Specialist
                                                             Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

**CERTIFICATE OF SERVICE**

In addition to the parties who will be served via the Court's ECF system, I certify that on 04/06/2021, I served a true and correct copy of the above notice of claim satisfaction on the Debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the Debtor is not represented by counsel.

04/06/2021                          /s/Donna J Bussert
                                                    Bankruptcy Specialist
                                                    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto