United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10800-pmm |
| Jeffrey C. Crosson, Sr. | Chapter 13 |
| Christine M. Crosson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: May 13, 2021 | Form ID: 138NEW | Total Noticed: 72 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey C. Crosson, Sr., Christine M. Crosson, 1736 Franklin St., Hellertown, PA 18055-1006 |
| aty | + | JANET M. SPEARS, Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, PO Box 17933, San Diego, CA 92177-7921 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | + | Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, 1451 Thomas Langston Rd, Winterville, NC 28590-8872 |
| 14077192 | + | BANK OF AMERICA, N.A., c/o ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 14051638 | + | BARCLAYS BANK DELAWARE, 125 S WEST ST, WILMINGTON, DE 19801-5014 |
| 14051637 | + | Bank of America, PO Box 15221, Wilmington, DE 19886-5221 |
| 14082345 | + | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 14051634 | | CSC Credit Services, Box 740040, Atlanta, GA 30374-0040 |
| 14051641 | + | Capital One Bank, c/o Ratchford Law Group, PC, 409 Lackawanna Avenue, Suite 320, Scranton, PA 18503-2062 |
| 14087583 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14051635 | + | Equifax Information Services LLC, P.O. Box 740256, Atlanta, GA 30374-0256 |
| 14051632 | + | Experian, Business Information Services, 475 Anton Blvd., Costa Mesa, CA 92626-7037 |
| 14051652 | + | FINANCIAL RECOVERIES, 200 EAST PARK DR STE 100PO BOX 1388, MT LAUREL, NJ 08054-1297 |
| 14051653 | | FIRST PREMIER BANK, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 14214296 | + | George M. Lutz, Esquire, Hartman, Valeriano, Magovern & Lutz, P.C, 1025 Berkshire Blvd., Suite 700, Wyomissing, PA 19610-1284 |
| 14290725 | + | Kevin G. McDonald, Esquire c/o U.S. Bank Trust Nat, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14051659 | + | Ocwen Mortgage, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |
| 14291009 | + | Select Portfolio Servicing, as servicer for U.S. Bank ..., c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14051669 | | TD BANK USA/TARGET CREDI, NCD-0450 PO BOX 1470, MINNEAPOLIS, MN 55440 |
| 14051668 | + | TD BANK USA/TARGET CREDI, NCD-0450PO BOX 1470, MINNEAPOLIS, MN 55440-1470 |
| 14082510 | | THE BANK OF NEW YORK MELLON TRUST COMPANY, et. al., OCWEN LOAN SERVICING, LLC, Attention: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH, FL 33416-4605 |
| 14054601 | + | The Bank of New York Mellon Trust Company, NA, c/o Phelan Hallinan & Schmieg LLP, 1617 JFK Boulevard, Philadelphia, PA 19103-1821 |
| 14051633 | + | Trans Union, P.O. Box 1000, Chester, PA 19016-1000 |
| 14286671 | + | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14051670 | + | WELLSFARGODEALERSVCS, PO BOX 1697, WINTERVILLE, NC 28590-1697 |
| 14069962 | | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 14071933 | + | Wells Fargo Bank, N.A.,, d/b/a Wells Fargo Dealer Services, c/o Morton & Craig, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3124 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | May 14 2021 01:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA |

Case 18-10800-pmm   Doc 57   Filed 05/15/21   Entered 05/16/21 00:45:00   Desc Imaged
                         Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 13, 2021 | Form ID: 138NEW | Total Noticed: 72 |

| | | | |
|---|---|---|---|
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | May 14 2021 01:40:00 | 17128-0946<br>U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + Email/Text: ebnnotifications@creditacceptance.com | May 14 2021 01:39:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14051639 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 14 2021 01:21:37 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14051642 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 14 2021 01:18:52 | CAPITAL ONE BANK USA NA, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 14051644 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 14 2021 01:39:00 | COMENITY BANK/NWYRK&CO, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14051645 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 14 2021 01:39:00 | COMENITY CAPITAL/HSN, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 14051646 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 14 2021 01:39:00 | COMENITYCAPITALBANK/BOSC, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 14051647 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 14 2021 01:39:00 | COMENITYCAPITALBANK/THE, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 14051648 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 14 2021 01:39:00 | CP/BON TON, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14051650 | Email/PDF: creditonebknotifications@resurgent.com | May 14 2021 01:21:33 | CREDIT ONE BANK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 14092161 | Email/PDF: MerrickBKNotifications@Resurgent.com | May 14 2021 01:18:53 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14051640 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 14 2021 01:21:31 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14086534 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 14 2021 01:24:03 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14051636 | + Email/Text: bankruptcy.notifications@fisglobal.com | May 14 2021 01:40:00 | Chex Systems Inc., ATTN: Customer Relations, 7805 Hudson Rd, Suite 100, Woodbury, MN 55125-1703 |
| 14051649 | + Email/Text: ebnnotifications@creditacceptance.com | May 14 2021 01:39:00 | Credit Acceptance, PO Box 5070, Southfield, MI 48086-5070 |
| 14052570 | + Email/Text: ebnnotifications@creditacceptance.com | May 14 2021 01:39:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14051654 | + Email/Text: PBNCNotifications@peritusservices.com | May 14 2021 01:39:00 | KOHLS DEPARTMENT STORE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 14051655 | + Email/PDF: resurgentbknotifications@resurgent.com | May 14 2021 01:18:56 | LVNV FUNDING LLC, C/O RESURGENT CAPITAL SERVICES, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 14092168 | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2021 01:18:56 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14092132 | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2021 01:18:56 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14092061 | Email/PDF: MerrickBKNotifications@Resurgent.com | May 14 2021 01:21:32 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14051656 | + Email/PDF: MerrickBKNotifications@Resurgent.com | May 14 2021 01:18:53 | MERRICK BANK, POB 9201, OLD BETHPAGE, NY 11804-9001 |
| 14051658 | + Email/Text: bankruptcydpt@mcmcg.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 14 2021 01:40:00 | MIDLAND FUNDING, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14072058 | + | Email/Text: bankruptcydpt@mcmcg.com | May 14 2021 01:40:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14076099 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 14 2021 01:24:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14051660 | + | Email/PDF: gecsedi@recoverycorp.com | May 14 2021 01:18:51 | Pay Pal Credit, P.O. Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14081442 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 14 2021 01:40:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14068294 | | Email/Text: bnc-quantum@quantum3group.com | May 14 2021 01:39:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14051661 | | Email/PDF: gecsedi@recoverycorp.com | May 14 2021 01:24:01 | SYNCB/AMAZON PLCC, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 14051662 | | Email/PDF: gecsedi@recoverycorp.com | May 14 2021 01:21:30 | SYNCB/HOME DSGN CE APPL, C/O PO BOX 965036, ORLANDO, FL 32896-5036 |
| 14051663 | + | Email/PDF: gecsedi@recoverycorp.com | May 14 2021 01:18:51 | SYNCB/LOWES, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 14051664 | + | Email/PDF: gecsedi@recoverycorp.com | May 14 2021 01:24:01 | SYNCB/MUSICIAN'S FRIENDS, PO BOX 965036, ORLANDO, FL 32896-5036 |
| 14051665 | + | Email/PDF: gecsedi@recoverycorp.com | May 14 2021 01:21:30 | SYNCB/QVC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 14051666 | + | Email/PDF: gecsedi@recoverycorp.com | May 14 2021 01:21:30 | SYNCB/TJX CO PLCC, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 14051667 | | Email/PDF: gecsedi@recoverycorp.com | May 14 2021 01:24:01 | SYNCB/WAL-MART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 14052691 | + | Email/PDF: gecsedi@recoverycorp.com | May 14 2021 01:21:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14092593 | + | Email/Text: bncmail@w-legal.com | May 14 2021 01:40:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14051643 | *+ | CAPITAL ONE BANK USA NA, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 14051651 | *+ | CREDIT ONE BANK, PO BOX 98872, Las Vegas, NV 89193-8872 |
| 14051657 | * | MERRICK BANK, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14077646 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: May 13, 2021 | Form ID: 138NEW | Total Noticed: 72 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2021 at the address(es) listed below:**

**Name**    **Email Address**

ANDREW L. SPIVACK
  on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUC andrew.spivack@brockandscott.com, wbecf@brockandscott.com

ANDREW L. SPIVACK
  on behalf of Creditor New Residential Mortgage Loan Trust 2019-5 andrew.spivack@brockandscott.com wbecf@brockandscott.com

FREDERICK L. REIGLE
  on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

GEORGE M. LUTZ
  on behalf of Joint Debtor Christine M. Crosson glutz@hvmllaw.com  amerkey@hvmllaw.com;r49419@notify.bestcase.com

GEORGE M. LUTZ
  on behalf of Debtor Jeffrey C. Crosson  Sr. glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com

JEROME B. BLANK
  on behalf of Creditor The Bank of New York Mellon Trust Company  National Association paeb@fedphe.com

KEVIN G. MCDONALD
  on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2018-PM28 bkgroup@kmllawgroup.com

MARIO J. HANYON
  on behalf of Creditor The Bank Of New York Mellon et al wbecf@brockandscott.com  wbecf@brockandscott.com

REBECCA ANN SOLARZ
  on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2018-PM28 bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
  on behalf of Creditor The Bank Of New York Mellon et al robert.davidow@phelanhallinan.com

SCOTT F. WATERMAN (Chapter 13)
  ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
  on behalf of Creditor The Bank Of New York Mellon et al paeb@fedphe.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
  on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com

WILLIAM EDWARD CRAIG
  on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG
  on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Jeffrey C. Crosson, Sr. and Christine M. Crosson

       Debtor(s)                        Bankruptcy No: 18−10800−pmm

                                    Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
                Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                      For The Court
                                                Timothy B. McGrath
                                                  Clerk of Court

Dated: 5/13/21

                                                                            56 − 55
                                                                      Form 138_new