United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 18-10800-pmm |
|---|---|
| Jeffrey C. Crosson, Sr. | Chapter 13 |
| Christine M. Crosson | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 15, 2021 | Form ID: 195 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey C. Crosson, Sr., Christine M. Crosson, 1736 Franklin St., Hellertown, PA 18055-1006 |
| aty | + | JANET M. SPEARS, Aldridge Pite, LLP, 4375 Jutland Drive, Suite 200, PO Box 17933, San Diego, CA 92177-7921 |
| cr | + | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | + | Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, 1451 Thomas Langston Rd, Winterville, NC 28590-8872 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 15 2021 23:55:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 00:15:19 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2021                  Signature:           /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:**

| | |
|---|---|
| District/off: 0313-4 | User: admin |
| Date Rcvd: Jun 15, 2021 | Form ID: 195 |

Page 2 of 2

Total Noticed: 8

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUC andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor New Residential Mortgage Loan Trust 2019-5 andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |
| GEORGE M. LUTZ | on behalf of Joint Debtor Christine M. Crosson glutz@hvmllaw.com  amerkey@hvmllaw.com;r49419@notify.bestcase.com |
| GEORGE M. LUTZ | on behalf of Debtor Jeffrey C. Crosson  Sr. glutz@hvmllaw.com, amerkey@hvmllaw.com;r49419@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor The Bank of New York Mellon Trust Company  National Association paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2018-PM28 bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor The Bank Of New York Mellon et al wbecf@brockandscott.com  wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2018-PM28 bkgroup@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor The Bank Of New York Mellon et al robert.davidow@phelanhallinan.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor The Bank Of New York Mellon et al paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM MILLER*R | on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                    : Chapter 13

Jeffrey C. Crosson, Sr. and Christine M. Crosson          : Case No. 18−10800−pmm

      Debtor(s)

## *ORDER*

_____

     AND NOW, this day , June 15, 2021 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


     ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.



                          By The Court

                          Patricia M. Mayer
                          Judge , United States Bankruptcy Court